UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**MUHAMMAD AKBAR,**   Civil No. 10-33 DSD/SRN

    **Plaintiff,**

v.

    ORDER

**VETERANS ADMINISTRATION,**
**CAROL FILLMAN,**
**BRADLEY LINDSAY, and**
**ERIC SHIRINSKI,**

    **Defendants.**

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated March 8, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

    2. Plaintiff's "Motion obstruction of Criminal Investigation," (Docket No. 6), is **DENIED**; and

    3. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: March 29, 2010        s/David S. Doty
                                    Judge David S. Doty
                                    United States District Court Judge